# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ROBERTA WILSON,**

        **Plaintiff,**

**-vs-**                                           **Case No.  6:06-cv-519-Orl-28DAB**

**MICHAEL J. ASTRUE[1], Commissioner of
Social Security,**

        **Defendant.**

_____

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

      This cause came on for consideration without oral argument on the following motion filed

herein:

> **MOTION:**    **MOTION FOR REMAND[2] (Doc. No. 14)**
>
> **FILED:**        **January 25, 2007**
> _____
>
> **THEREON** it is **RECOMMENDED** that the motion be **GRANTED**.

      This cause having come before the Court upon the unopposed motion of the Defendant to

remand this case to the Commissioner for further administrative action pursuant to Sentence 6 of

Section 205(g) and 1631(c)(3) of the Social Security Act, 42 U.S.C. 405(g) and 1383(c)(3).  Upon

---

[1]Michael J. Astrue became the Commissioner of Social Security on February 1, 2007.  In accordance with Fed. R. Civ. P. 25(d)(1), he should be substituted as Defendant.

[2]Although the Motion was titled as one for "Entry of Judgment," a separate judgment is not appropriate in a Sentence 6 remand.

consideration of the Motion, and the grounds urged in support thereof, it is **RECOMMENDED** that this case be remanded to the Commissioner of Social Security in order to hold a *de novo* administrative hearing because certain exhibits are missing and cannot be located.  It is also respectfully **RECOMMENDED** that the Clerk of the Court be directed to administratively close the file.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

**DONE** and **ORDERED** in Orlando, Florida on February 13, 2007.

*David A. Baker*

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record

-2-