UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**ROBERTA WILSON,**

          **Plaintiff,**

-vs-                                      **Case No. 6:06-cv-519-Orl-28DAB**

**COMMISSIONER OF SOCIAL SECURITY,**

          **Defendant.**

_____

## ORDER

This case is before the Court on the Motion for Remand (Doc. No. 14) filed January 25, 2007. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed February 13, 2007 (Doc. No. 16) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. This case is remanded to the Commissioner of Social Security in order to hold a *de novo* administrative hearing because certain exhibits are missing and cannot be located.

3. The Clerk is directed to administratively close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this _____ day of March, 2007.

                                                    JOHN ANTOON II
                                                    United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party