UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**ROBERTA WILSON,**

        **Plaintiff,**

**v.**                                            **Case No:  6:06-cv-519-Orl-28DCI**

**COMMISSIONER OF SOCIAL SECURITY,**

        **Defendant.**

## REPORT AND RECOMMENDATION

This cause comes before the Court for consideration without oral argument on the following motion:

| | |
|---|---|
| **MOTION:** | **MOTION TO VACATE REMAND ORDER AND REOPEN AND REDOCKET CASE (Doc. 22)** |
| **FILED:** | **November 7, 2016** |

**THEREON** it is **ORDERED** that the motion is **GRANTED**.

On April 17, 2006, Plaintiff filed a complaint against the Commissioner of Social Security (Commissioner) appealing the denial of her application for disability benefits.  Doc. 1.  On March 9, 2007, the Court entered an order remanding this case to the Commissioner "to hold a *de novo* administrative hearing" pursuant to sentence six of 42 U.S.C. § 405(g), and administratively closing the case (Order of Remand).  Doc. 17.

On November 7, 2016, the Commissioner filed a Motion to Vacate Remand Order and Reopen and Redocket Case (Motion).  Doc. 22.  The Commissioner represents that "the Appeals Council issued a new partially favorable decision," and, thus, there is no "good cause for this

matter to remain on remand." *Id*. at 1-2. The Commissioner certifies that she contacted Plaintiff's counsel, but has received no indication whether she opposes the Motion. *Id*. at 2. Plaintiff has not filed a response to the Motion, and the time to respond has passed. Therefore, the Motion is unopposed.

In light of the Commissioner's uncontested representations, the undersigned finds the Motion well-taken, and recommends the Court vacate its Order of Remand and reinstate this action on the docket.

Accordingly, it is **RECOMMENDED** that:

1. The Motion (Doc. 22) be **GRANTED**;

2. The Order of Remand (Doc. 17) be **VACATED**; and

3. The case be reinstated on the docket.

## NOTICE TO PARTIES

A party has fourteen days from this date to file written objections to the Report and Recommendation's factual findings and legal conclusions. A party's failure to file written objections waives that party's right to challenge on appeal any unobjected-to factual finding or legal conclusion the district judge adopts from the Report and Recommendation. *See* 11th Cir. R.

3-1.  **If the parties have no objection to this Report and Recommendation, they may promptly file a joint notice of no objection**.

    Recommended in Orlando, Florida on November 28, 2016.

                                          DANIEL C. IRICK
                                          UNITES STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy