# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ROBERTA WILSON,**

  **Plaintiff,**

v.                                             **Case No: 6:06-cv-519-Orl-28DCI**

**COMMISSIONER OF SOCIAL
SECURITY,**

  **Defendant.**

_____

# ORDER

This case is before the Court on the Motion to Vacate Remand Order and Reopen and Redocket Case (Doc. No. 22) filed by Defendant.   The assigned United States Magistrate Judge has submitted a Report (Doc. 26) recommending that the motion be granted.  No objections have been filed to the Report and Recommendation and the time to do so has passed.

After review of the record in this matter, the Court agrees with the findings and conclusions in the Report and Recommendation.  Therefore, it is **ORDERED** as follows:

1.      The Report and Recommendation (Doc. No. 26) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.      The Motion to Vacate Remand Order and Reopen and Redocket Case (Doc. No. 22) is **GRANTED**.

3.      The Order of Remand is **VACATED**.

4.    The Clerk of the Court is directed to lift the administrative closure of this case.

**DONE** and **ORDERED** in Orlando, Florida, on December 19, 2016.

JOHN ANTOON II
United States District Judge

Copies furnished to:
United States Magistrate Judge
Counsel of Record
Unrepresented Parties